UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:06cr50/RV/EMT
    3:20cv5628/RV/EMT

JABARI WILLIAMS
_____/

### ORDER

The chief magistrate judge issued a Report and Recommendation on August 28, 2020 (ECF No. 118). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Williams has filed an objection (ECF No. 119), which I have reviewed *de novo*.

Having considered the Report and Recommendation, and the objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 118) is adopted and incorporated by reference in this order.

2. The "Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 117) is summarily **DENIED and DISMISSED without prejudice**.

3. The certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of September 2020.

                                            /s/ Roger Vinson
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**